DUTCHESS TOOL COMPANY, Respondent, *v.* FRANK W. KRAKOWKA et al., Copartners under the Name of GREAT BEND BAKERY, Appellants.

(Argued May 23, 1935; decided June 11, 1935.)

*D. Daniel Pananicles, Oliver D. Burden* and *Russell E. Harrington* for appellants.

*Leonard J. Supple* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.